# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHNNY COVINGTON

VERSUS

CLARK SAND CO., INC.; CLEMCO INDUSTRIES CORPORATION F/K/A CLEMCO SERVICES CORP.; DEPENDABLE ABRASIVES, INC.; E.D. BULLARD COMPANY; EMPIRE ABRASIVE EQUIPMENT COMPANY, L.P.; LEHIGH HANSON, INC. (A SUBSIDIARY OF HEIDELBERG CEMENT GROUP) F/K/A HANSON AGGREGATES, INC. F/K/A HANSON AGGREGATES CENTRAL, INC. F/K/A PIONEER SOUTH CENTRAL, INC. F/K/A PIONEER CONCRETE OF TEXAS, INC.; INGERSOLL-RAND CORPORATION; LEROI COMPRESSOR A/K/A ROTARY COMPRESSION TECHNOLOGIES; 3M COMPANY; RUEMELIN MANUFACTURING CO., INC.; SANSTORM, INC.; BOB SCHMIDT MANUFACTURING, INC.; SOUTHERN SILICA OF LOUISIANA, INC.; SPECIALTY SAND COMPANY; SULLAIR COMPRESSOR CORPORATION; AND TXI OPERATIONS, L.P.

NO. 2023 CW 0972

**DECEMBER 4, 2023**

---

In Re: Empire Abrasive Equipment Company, L.P., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 649436.

---

**BEFORE: McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** The writ application failed to include a copy of the judgment complained of, a copy of the pleadings on which the ruling was founded, and a copy of pertinent court minutes in violation of Rules 4-5(C)(6), 4-5(C)(8), and 4-5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before January 3, 2023, and must contain a copy of this ruling.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT